UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RICKY A. BENNETT (#419642)

VERSUS

N. BURL CAIN

CIVIL ACTION

NO. 10-0131-FJP-DLD

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report[1] to which an objection was filed:

IT IS ORDERED that the petitioner's application for habeas corpus relief pursuant to 28 U.S.C. §2254 shall be denied and this action shall be dismissed.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, July 11, 2011.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 16.

Doc#47374